COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTION FOR REHEARING

Appellate case name:     *James Allen Bundage **v.** The State of Texas*

Appellate case number:   01-14-00522-CR

Trial court case number: 17304

Trial court:             12th District Court of Grimes County

Date motion filed:       August 17, 2015

Party filing motion:     Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/ Evelyn V. Keyes
                   ☐ Acting individually    ☒ Acting for the Court

Panel consists of: Justices Keyes, Huddle, Lloyd


Date:  August 27, 2015